**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SA CV 14-2004-DOC (KESx)                    Date: July 25, 2017
         SA CV 17-4776-DOC (KESx)

Title: ANTHONY BASILE, ET AL V VALEANT PHARMACEUTICAL INTERNATIONAL, INC., ET AL
      TIMBER HILL LLC V PERSHING SQUARE CAPITAL MANAGEMENT, L.P., ET AL

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Goltz | Debbie Gale / Deborah Parker |
|---|---|
| Courtroom Clerk | Court Reporters |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Mark Lebovitch | Mark Holscher |
| Lee Rudy | Brian T. Frawley |
| Michael Blatchley | Michael Shipley |
| Eli Green | Sean Coffey |
| | W. Allan Edmiston |
| | John Hueston |
| | Moez Kaba |

**PROCEEDING:**  STATUS CONFERENCE

Special Masters the Honorable James L. Smith and Robert O'Brien also present.

Hearing held.

                                         Initials of Clerk    1 : 15
                                                     djg