MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
STEVEN G. SKLAVER (237612)
ssklaver@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA  90067-6029
Telephone:  (310) 789-3100
Facsimile:  (310) 789-3150

ANDREW J. ENTWISTLE *(Pro Hac Vice)*
aentwistle@entwistle-law.com
VINCENT R. CAPPUCCI *(Pro Hac Vice)*
vcappucci@entwistle-law.com
ARTHUR V. NEALON *(Pro Hac Vice)*
anealon@entwistle-law.com
ROBERT N. CAPPUCCI *(Pro Hac Vice)*
rcappucci@entwistle-law.com
ENTWISTLE & CAPPUCCI LLP
299 Park Avenue, 20th Floor
New York, NY  10171
Telephone:  (212) 894-7200
Facsimile:  (212) 894-7272

[Additional Counsel for Plaintiff on Signature Page]

*Attorneys for Plaintiff Timber Hill LLC*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| TIMBER HILL LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PERSHING SQUARE CAPITAL MANAGEMENT, L.P., et al.,<br><br>Defendants. | Case No.  2:17-cv-04776 DOC (KESx)<br><br>The Hon. David O. Carter<br><br><u>CLASS ACTION</u><br><br>ORDER GRANTING PLAINTIFF TIMBER HILL LLC'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF SELECTION OF LEAD COUNSEL AND CONSOLIDATION OF FUTURE RELATED ACTIONS ON BEHALF OF DERIVATIVES INVESTORS  [56]<br><br>DATE:     October 2, 2017<br>TIME:     8:30 a.m.<br>PLACE:   Courtroom 9D |

5294179v1/015666

1  Having considered Plaintiff Timber Hill LLC's motion for appointment as lead plaintiff and approval of selection of lead counsel for the class, and good cause appearing therefor,

The Court hereby ORDERS as follows:

1. The motion is GRANTED;

2. Plaintiff Timber Hill LLC is APPOINTED as Lead Plaintiff for the class of persons and entities that sold Allergan, Inc. ("Allergan") call options, purchased Allergan put options or sold Allergan equity forward contracts during the period February 25, 2014 through April 21, 2014, inclusive;

3. Plaintiff's selection of Entwistle & Cappucci LLP and Susman Godfrey L.L.P. to serve as Co-Lead Counsel for Lead Plaintiff and the Class is APPROVED; and

4. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, any subsequently filed, removed or transferred actions brought on behalf of Allergan derivative securities investors that are related to the claims asserted in the above-captioned Action are CONSOLIDATED for all purposes; and

5. Every pleading in the above-captioned action shall have the following caption: *In re Allergan, Inc. Proxy Violation Derivatives Litigation*, Case No. 2:17-cv-04776-DOC (KESx).

IT IS SO ORDERED.

DATED: October 13, 2017

*David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Submitted by:

MARC M. SELTZER
STEVEN G. SKLAVER
EDGAR G. SARGENT
SUSMAN GODFREY L.L.P.

5294179v1/015666

EDGAR G. SARGENT (*Pro Hac Vice*)
esargent@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Telephone (206) 516-3880
Facsimile (206) 516-3883

ANDREW J. ENTWISTLE
VINCENT R. CAPPUCCI
ARTHUR V. NEALON
ROBERT N. CAPPUCCI
ENTWISTLE & CAPPUCCI LLP

*/s/ Marc M. Seltzer*
Marc M. Seltzer
*Attorneys for Plaintiff Timber Hill LLC*

5294179v1/015666