MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
STEVEN G. SKLAVER (237612)
ssklaver@susmangodfrey.com
KRYSTA K. PACHMAN (280951)
kpachman@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

ANDREW J. ENTWISTLE *(Pro Hac Vice)*
aentwistle@entwistle-law.com
VINCENT R. CAPPUCCI *(Pro Hac Vice)*
vcappucci@entwistle-law.com
ARTHUR V. NEALON *(Pro Hac Vice)*
anealon@entwistle-law.com
ROBERT N. CAPPUCCI *(Pro Hac Vice)*
rcappucci@entwistle-law.com
ENTWISTLE & CAPPUCCI LLP
299 Park Avenue, 20th Floor
New York, NY 10171
Telephone: (212) 894-7200
Facsimile: (212) 894-7272

[Additional Counsel for Plaintiff on Signature Page]

*Attorneys for Plaintiff Timber Hill LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IN RE ALLERGAN, INC. PROXY VIOLATION DERIVATIVES LITIGATION | Case No. 2:17-cv-04776 DOC (KESx) |
| | The Hon. David O. Carter |
| | CLASS ACTION |
| | **PLAINTIFF TIMBER HILL LLC'S NOTICE OF SETTLEMENT** |

5513175v1/015666

In accordance with Local Rule 16-15.7, Plaintiff Timber Hill LLC respectfully submits this Notice of Settlement to notify the Court that the parties have reached a settlement that, of course, is subject to Court approval. The parties will file a separate stipulation regarding a proposed stay of litigation and the deadline to file preliminary approval papers.

Dated: January 2, 2018

Respectfully submitted,

MARC M. SELTZER
STEVEN G. SKLAVER
KRYSTA K. PACHMAN
SUSMAN GODFREY L.L.P.

EDGAR G. SARGENT (*Pro Hac Vice*)
esargent@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Telephone (206) 516-3880
Facsimile (206) 516-3883

ANDREW J. ENTWISTLE
VINCENT R. CAPPUCCI
ARTHUR V. NEALON
ROBERT N. CAPPUCCI
ENTWISTLE & CAPPUCCI LLP

By:  */s/ Marc M. Seltzer*
     Marc M. Seltzer

*Attorneys for Plaintiff Timber Hill LLC*

5513175v1/015666

1