MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
STEVEN G. SKLAVER (237612)
ssklaver@susmangodfrey.com
KRYSTA K. PACHMAN (280951)
kpachman@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-4405
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

ANDREW J. ENTWISTLE *(Pro Hac Vice)*
aentwistle@entwistle-law.com
VINCENT R. CAPPUCCI *(Pro Hac Vice)*
vcappucci@entwistle-law.com
ARTHUR V. NEALON *(Pro Hac Vice)*
anealon@entwistle-law.com
ROBERT N. CAPPUCCI *(Pro Hac Vice)*
rcappucci@entwistle-law.com
ENTWISTLE & CAPPUCCI LLP
299 Park Avenue, 20th Floor
New York, NY 10171
Telephone: (212) 894-7200
Facsimile: (212) 894-7272

[Additional Counsel for Plaintiff on Signature Page]

*Attorneys for Plaintiff Timber Hill LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IN RE ALLERGAN, INC. PROXY VIOLATION DERIVATIVES LITIGATION | Case No. 2:17-cv-04776 DOC (KESx) <br><br> The Hon. David O. Carter <br><br> CLASS ACTION <br><br> **PLAINTIFF TIMBER HILL LLC'S NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> Date: February 26, 2018 <br> Time: 8:30 a.m. <br> Place: Courtroom 9D |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Timber Hill LLC's Motion for Preliminary Approval of Class Action Settlement will take place on Monday, February 26, 2018 at 8:30 a.m. in Courtroom 9D of the United States District Court located at 411 West Fourth Street, Santa Ana, Ca 92701-4516 before the Honorable David O. Carter.

This notice is based on this Notice of Motion, Memorandum of Points and Authorities, the Joint Declaration of Marc M. Seltzer and Andrew J. Entwistle, the Declaration of Robert N. Cappucci, the Declaration of Stephen J. Cirami, the Declaration of S.P. Kothari, and such other materials as may be presented before or during any hearing on this motion, and any other evidence and argument the Court may consider.

Dated: January 29, 2018

Respectfully submitted,

MARC M. SELTZER
STEVEN G. SKLAVER
KRYSTA K. PACHMAN
SUSMAN GODFREY L.L.P.

EDGAR G. SARGENT (*Pro Hac Vice*)
esargent@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Telephone (206) 516-3880
Facsimile (206) 516-3883

ANDREW J. ENTWISTLE
VINCENT R. CAPPUCCI
ARTHUR V. NEALON
ROBERT N. CAPPUCCI
ENTWISTLE & CAPPUCCI LLP

By: */s/ Marc M. Seltzer*
       Marc M. Seltzer

*Attorneys for Plaintiff Timber Hill LLC*