MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
STEVEN G. SKLAVER (237612)
ssklaver@susmangodfrey.com
KRYSTA K. PACHMAN (280951)
kpachman@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067-4405
Telephone:  (310) 789-3100
Facsimile:  (310) 789-3150

ANDREW J. ENTWISTLE *(Pro Hac Vice)*
aentwistle@entwistle-law.com
VINCENT R. CAPPUCCI *(Pro Hac Vice)*
vcappucci@entwistle-law.com
ARTHUR V. NEALON *(Pro Hac Vice)*
anealon@entwistle-law.com
ROBERT N. CAPPUCCI *(Pro Hac Vice)*
rcappucci@entwistle-law.com
ENTWISTLE & CAPPUCCI LLP
299 Park Avenue, 20th Floor
New York, NY  10171
Telephone:  (212) 894-7200
Facsimile:  (212) 894-7272

[Additional Counsel for Plaintiff on Signature Page]

*Attorneys for Plaintiff Timber Hill LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IN RE ALLERGAN, INC. PROXY VIOLATION DERIVATIVES LITIGATION | Case No.  2:17-cv-04776 DOC (KESx) |
| | The Hon. David O. Carter |
| | CLASS ACTION |
| | **PLAINTIFF TIMBER HILL LLC'S NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES** |
| | Date:  May 30, 2018 |
| | Time: 7:30 a.m. |
| | Place: Courtroom 9D |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

      **PLEASE TAKE NOTICE** that on May 30, 2018, at 7:30 a.m., or as soon thereafter as counsel may be heard, in the Courtroom of the Hon. David O. Carter, United States District Judge, at the United States Courthouse located at 411 W. Fourth Street, Courtroom 9D, Santa Ana, California 92701, plaintiff Timber Hill, LLC ("Timber Hill") will and hereby does move the Court for an order approving the fee application and award to Class Counsel 20% of the Settlement Fund, $8 million, and $756,983.55 in litigation costs and expenses.

      In further support of its motion, Timber Hill relies on the accompanying Memorandum of Points and Authorities filed concurrently herewith; the Declarations of Marc M. Seltzer, Andrew J. Entwistle, and Jose C. Fraga filed concurrently herewith; and such other matters as may be presented to the Court at the hearing on this motion.

Dated: April 25, 2018             Respectfully submitted,

MARC M. SELTZER
STEVEN G. SKLAVER
KRYSTA K. PACHMAN
SUSMAN GODFREY L.L.P.


EDGAR G. SARGENT (*Pro Hac Vice*)
esargent@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Telephone (206) 516-3880
Facsimile (206) 516-3883

ANDREW J. ENTWISTLE
VINCENT R. CAPPUCCI
ARTHUR V. NEALON
ROBERT N. CAPPUCCI
ENTWISTLE & CAPPUCCI LLP

By:    */s/ Marc M. Seltzer*
          Marc M. Seltzer

*Attorneys for Plaintiff Timber Hill LLC*